**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



CORRECTED ORDER

Appellate case name:      In re Steadfast LLC, et al.

Appellate case number:     01-19-00726-CV

Trial court case numbers: 2019-51432 & 2019-59191

Trial court:                 125th District Court of Harris County

Relators have filed a petition for writ of mandamus, complaining of the trial court's failure to rule on Relator's pending motions.

Relators have also filed a motion for emergency relief. The Court **grants** the motion for emergency relief and orders all trial court proceedings stayed pending disposition of the petition for writ of mandamus.

Real parties in interest shall file a response to the petition for writ of mandamus **by Friday, October 4, 2019**.

It is so ORDERED.

Judge's signature: ___/s/ Justice Richard Hightower_____
                ☑ Acting individually     ☐ Acting for the Court

Date: <u>September 27, 2019</u>